UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

WILHELM SCHALAUDEK and HUTMAN TABTI,

       Plaintiffs,

         -against-

CHATEAU 20TH STREET LLC,
DUAL GROUPE ENTERTAINMENT, LLC,
DUAL GROUPE, LLC, MICHAEL
WAINSTEIN, PHILIPPE O. BONDON,
DEREK KOCH and DANIEL KOCH,

       Defendants.

------------------------------------------------------x

Index No. 1:16-cv-11 (WHP)(JLC)

DECLARATION OF DEFAULT

David Pernas, declares the following to be true and correct under penalties of perjury:

1. I am the attorney for the plaintiffs. I have personal knowledge of the facts set forth herein.

2. This action was commenced by filing a summons and complaint on January 4, 2016.

3. Defendant Michael Wainstein was served on March 8, 2016, as evidenced by Docket entry 10.

4. Defendant Philippe O. Bondon was served on March 5, 2016, as evidenced by Docket entry 11.

5. Defendant Dual Groupe Entertainment LLC was served on March 11, 2016, as evidenced by Docket entry 9.

6. Defendant Dual Groupe, LLC was served on March 15, 2016, as evidenced by Docket entry 12.

7. The defendants' time to answer or otherwise respond to the summons and complaint herein expired on or before April 5, 2016.

WHEREFORE, the Clerk of the Court is requested, pursuant to Rule 55(a), to enter default against defendants Michael Wainstein, Philippe O. Bondon, Dual Groupe Entertainment LLC and Dual Groupe, LLC.

Dated: April 20, 2016
New York, New York

Respectfully submitted,

Law Office of David Pernas

By: _____

David Pernas, Esq. (DP-6409)
83 Orchard Street
Bloomfield, New Jersey 07003
646.620.8040

*Attorney for Plaintiffs*